UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

GOYA FOODS, INC.

*Plaintiff*

v.

YUCA CORP.

*Defendant*

Civil Action No. _____

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that  Plaintiff Goya Foods, Inc.                                  , is a non-governmental corporation and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____

**OR**

☑ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

*/s/ [signature]*
Signature of Attorney

1221 Avenue of the Americas
Address

New York, NY 10020-1001
City/State/Zip

5/28/25
Date